IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MOUNTAVIUS ISAIAH TODD,    *

    Plaintiff,    *

v.    Case No.  7:21-CV-104(WLS)
    *

ADAM BOOTH,
    *

    Defendant.
    *

## J U D G M E N T

Pursuant to this Court's Order dated December 1, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of December, 2021.

                David W. Bunt, Clerk

                s/ Robin L. Walsh, Deputy Clerk